JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, a New York Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-01519-CAS-PLA<br><br>**ORDER** |

## ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

*/s/ Christina A. Snyder*

Dated: February 10, 2016

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE